UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Denkins v. Monsanto,* Case No. 20-cv-03301 | MDL No. 2741<br><br>Case No.. 16-md-02741-VC<br>**EXHIBIT A TO PLAINTIFFS RESPONSE TO ORDER NO. 261: ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.. 16-md-02741-VC |
| This document relates to: | **Declaration** |
| *Denkins v. Monsanto,* Case No. 20-cv-03301 | |

My name is Randal A. Kauffman.

I am of sound mind and capable of making this declaration, and personally acquainted with the facts herein stated.

I am an attorney of record for the Plaintiff in the referenced cases.

On December 30, 2021 at approximately 10:00am, Charles R. Houssiere, III and Randal A Kauffman spoke to La Yuanda Denkins on the telephone and Charles R. Houssiere, III read to her Pre-Trial Order No. 261: Order Granting Motions for Summary Judgment on Causation Grounds.

On December 30, 2021, a federal express package with tracking number 7756 3702 3789, with Pre-Trial Order No. 261: Order Granting Motions for Summary Judgment on Causation Grounds enclosed, for overnight delivery was sent to Ms. Lu Yuanda Denkins, 9021 Chatwood Dr., Houston, Texas 77078-3805. That package was delivered on December 31, 2021 at 11:52am.

On December 30, 2021, a letter with Pre-Trial Order No. 261: Order Granting Motions for Summary Judgment on Causation Grounds enclosed was mailed to Ms. Lu Yuanda Denkins, P.O. Box 2330, Houston, Texas 77228-3300.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 31, 2021

_____
Randal A. Kauffman